UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| STEPHEN J. RATCLIFFE, | Before: John A. Woodcock, Jr. |
|---|---|
| Plaintiff | U.S. District Judge |
| | Case No.: 1:20-cv-00234-JAW |
| v. | Court Reporter: Lori Dunbar |
| | Courtroom Deputy: Cheryl Derrah |
| BRP US INC. | Interpreter/Language: |
| Defendant | **Date**: 11/12/24 – 11/25/24 |

**COURTROOM MINUTES: TRIAL PROCEEDINGS**

Appearances:

Plaintiff: Jeffrey Mega, Esq., Shad Miller, Esq., Mark Decof, Esq., Erik Black, Esq.
Defendant(s): Clem Trischler, Esq., Rosie Williams, Esq., Jason Reefer, Esq.

Type of Counsel: Retained

## Bench Trials:

☐ **Bench Trial Began on:**
☐ **Bench Trial Continued/Held on:**
☐ **Bench Trial Concluded on:**
☐ **Court Verdict**:

## Jury Trials:

☒ **Jury Trial Began on:** 11/12/2024
☒ **Jury Trial Continued/Held on:** 11/13/24; 11/18/24; 11/19/24; 11/20/24; 11/21/24; 11/22/24; 11/25/24.
☒ **Jury Trial Concluded on** November 25, 2024
☒ Jury retired to deliberate at 11:45 a.m. on November 25, 2024
☐ Court orders the Clerk's Office to provide a meal to the jury for jury deliberation on
☒ Prepare Kepreos Order and have copies for jury when verdict is returned
☒ Prepare Certificates of Appreciation for Jurors
☒ Jury returned verdict at 3:34 p.m. on November 25, 2024
☐ Jury Polled    ☒ Polling Waived

**For Bench Trials & Jury Trials:**

☐ Conference of Counsel held on:

☐ Frye Colloquy held on: (Criminal Cases only)

☒ Charge Conference held on November 22, 2024 pursuant to Fed. R.Civ.P 51(b)(1)
Court Reporter present for charge conference ☐ No ☒ Yes
☒ Parties provided with opportunity to object on the record and out of the jury's hearing before the instructions and closing arguments are delivered, pursuant to Fed. R. Crim. P. 30(d)
☒ **Oral Motions**: (Specify Date and Motion and/or Ruling Below):

| Motion | Ruling |
|---|---|
| 11/20/2024 Defendant's Motion for Entry of Judgment as a Matter of Law in favor of BRP | Denied for reasons stated on the record. |
| 11/20/2024 Defendant's Motion to Preclude Testimony of Steven Batzer and Robert Nobilini | Denied for reasons stated on the record. |
| 11/20/24 Motion to be Excused by Erik Black, Esq. due to illness | Granted |
| 11/22/24 Defendant's Motion for Entry of Judgment as a Matter of Law in favor of BRP. | Denied |

☐ **Motions taken under advisement**:

☐ **Other/Notes**:

*** *Note: Exhibit and Witness Lists are filed separately.*