UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT DISTRICT OF MAINE BANGOR RECEIVED & FILED

2024 NOV 25 P 4: 15

DEPUTY CLERK

STEPHEN J. RATCLIFFE )
Plaintiff, )
v. ) 1:20-cv-00234-JAW
BRP U.S. INC. )
Defendant. )

**JURY VERDICT FORM**

**Strict Liability Count**

1. Did Defendant BRP U.S., Inc.'s 2019 Can-Am Maverick X3 have a design defect that made it unreasonably dangerous?

YES________ NO X

If yes, proceed to question 2. If no, proceed to question 3.

2. Was the design defect in the 2019 Can-Am Maverick X3 a substantial factor in causing Stephen Ratcliffe's injuries?

YES________ NO________

Proceed to question 3.

3. Were the warnings for the 2019 Can-Am Maverick X3 inadequate to warn regarding potential dangers in use, rendering the X3 unreasonably dangerous?

YES________ NO X

If yes, proceed to question 4. If no, proceed to question 5.

4. Were the inadequate warnings a substantial factor in causing Stephen J. Ratcliffe's injuries?

YES________ NO________

If your answers to questions 1 and 2 are yes or if your answers to questions 3 and 4 are yes, proceed to question 5. If your answers to question 1, 2, 3, and 4 are all no, proceed to question 9.

5. Was Plaintiff Stephen J. Ratcliffe negligent under strict liability law and did his negligence cause his injuries?

YES________ NO X

If your answer to question 5 is no, proceed to question 7. If your answer to question 5 is yes, proceed to question 6.

6. Was Plaintiff Stephen J. Ratcliffe's comparative negligence under strict liability law equal to or greater than the fault of BRP U.S., Inc. under strict liability law?

YES________ NO________

If your answer to question 6 is yes, proceed to question 9. If your answer to question 6 is no, proceed to question 7.

7. What are Plaintiff's total damages?

a. Medical expenses:

Past Medical Expenses: $277,473.73

Future Medical Expenses: $ —

b. Non-economic damages – past and future: $ —

(Pain & suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, anxiety, humiliation, and emotional distress)

c. Total damages: $277,473.73

If you answered no to question 5, proceed to question 9. If you answered yes to question 5 and no to question 6, proceed to question 8.

8. To what amount do you reduce Stephen J. Ratcliffe's damages having due regard to his comparative negligence?

Net total damages: 277,473.73

(This figure is your award of damages to Stephen J. Ratcliffe under the strict liability count.)

Proceed to question 9.

**Negligence Count**

9. Was BRP U.S., Inc. negligent and was its negligence a legal cause of Stephen Ratcliffe's injuries and damages?

YES X NO ______

If you answered no to question 9, answer no more questions and sign and date the form. If your answered yes to question 9, proceed to question 10.

10. Was Stephen J. Ratcliffe negligent and was his negligence a legal cause of his injuries?

YES X NO ______

If your answer to question 10 is yes, go to question 11. If your answer to question 10 is no, go question 12.

11. Was Stephen J. Ratcliffe's negligence equal to or greater than the negligence of BRP U.S., Inc.?

YES X NO ______

If you answered yes to question 11, sign and date the form. If you answered no to question 11, go to question 12.

12. What is the total damage figure in question 7(c)?

Total damages: $ 277,473.73

If you answered no to question 10, this is your verdict on the negligence count. If you answered yes to question 10, go to question 13.

13. To what amount do you reduce Stephen J. Ratcliffe's damages having due regard to his comparative negligence?

Net total damages: ____________________

(This figure is your award of damages to Stephen J. Ratcliffe under the negligence count)

Sign and date the form.

Signature Redacted – Original on file with the Clerk's Office

Dated:
11/25/25

Jury Foreperson