# UNITED STATES DISTRICT COURT
## District of Maine

### Witness List

| Case Name: Stephen J. Ratcliffe v. BRP US Inc. <br> Case No.: 1:20-cv-00234-JAW | | | Proceeding Type: <br> Trial |
|---|---|---|---|
| Presiding Judge: John Woodcock, Jr. <br> Courtroom Deputy: Cheryl Derrah <br> Court Reporter: Lori Dunbar | | Plaintiff's Attorneys: <br><br> Jeffrey Mega, Esq. <br> Shad Miller, Esq. <br> Erik M.P. Black, Esq. | Defendant's Attorneys: <br><br> Clem C. Trischler, Esq. <br> Rosie M. Williams, Esq. <br> Jason M. Reefer, Esq. |

| Pla | Dft | Date | WITNESS |
|---|---|---|---|
| x | | 11/12/24 | Steven Batzer, Ph.D. |
| x | | 11/13/24 | Robert Nobilini, Ph.D. |
| x | | 11/18/24 | Jon Mukand, M.D. |
| x | | 11/18/24 <br> 11/19/24 | Stephen Ratcliffe |
| x | | 11/19/24 | Dale Berry, CP |
| x | | 11/19/24 | David Schap Ph.D. |
| | x | 11/20/24 <br> 11/21/24 | Kevin Breen, P.E. |
| | x | 11/21/24 | Cody Trahan Deposition |
| | x | 11/21/24 | Danny Condon Deposition |
| | x | 11/21/24 | Steven Hall |
| | x | 11/22/24 | David Ratcliffe Deposition |
| | x | 11/22/24 | William Janakis |
| | x | 11/22/24 | William Newberry P.E. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |